FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

FILED

NOV 14 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

CHRISTopHer C. MEADOWS

(Enter above the full name of the plaintiff in this action)

vs. CORE CIVIC, "et al.,"
CORRECTION OFFICER DENNISON
Deputy Warden Dragovich
COMBOBOBOBO, CORRECTION OFFICER
SHELDON, N.E.O.C.C. WARDEN DAVID BOBBY

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. 4:22CV02050

JUDGE ___ JUDGE PEARSON

**COMPLAINT**

**MAG JUDGE KNAPP**

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket Number N/A

4. Name of judge to whom case was assigned N/A

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II.  **Place of Present Confinement** NORTH-EAST OHIO CORRECTIONAL CENTER

A.  Is there a prisoner grievance procedure in this institution?   YES ☑  NO ☐

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☑   NO ☐

C.  If your answer is YES,

1.  What steps did you take? "I.C.R." Informal Complaint Resolution, "N.O.G." Notification Of Grievance, Appeal To Chife Inspector

2.  What was the result? I.C.R = Closed Incarcerated Individaul form, N.O.G. Closed Incarcerated individaul form, 'GRANTED',

D.  If your answer is NO, explain why not _____

_____

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☑   NO ☐

F.  If your answer is YES,

1.  What steps did you take? ~~I filed grievance to the~~

~~~~

2.  What was the result? ~~~~

~~~~

- 3 -

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Christopher Meadows

Address 2240 Hubbard Road, Youngstown, OH 44505

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant DENNISON is employed as

CORRECTION OFFICER Dennison at NORTHEAST OHIO CORRECTIONAL CENTER

C. Additional Defendants CORE CIVIC, CORRECTION OFFICER SHELDON, N.E.O.C.C. WARDEN DAVID BOBBY AND DEPUTY WARDEN - DRAGOVICH

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

CHRISTOPHER C. MEADOWS                    Case No.
        Plaintiff

Vs.

    CORE CIVIC "etal"
    ~~Warren Correctional David Bobby etal~~
    Defendants'.

I. JURISDICTION & VENUE

1.) This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

(1)

2.) THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

3.) Plaintiff Christopher C. Meadows, is And was at all times mentioned herein A prisoner of the State of Ohio in the custody of the Ohio Department of Rehabilitation And Correction. He is currently confined in Northeastern Ohio Correction Center in Youngstown, Ohio.

4.) Defendant, ~~Warden~~ David Bobby is the warden of Northeastern Ohio Correction Center. He is legally responsible for the operation of Northeastern Ohio Correction Center and for the welfare of All the inmates in that prison.

(2)

5.) Defendant, Sheldon is a Correctional Officer of Core Civic," who was and still is under contract with The State of Ohio Department of Rehabilitation And Correction," who at all times mentioned in this complaint, held the rank of Correction Officer and was Assigned to Northeastern Ohio Correction Center.

6.) Defendant, Dennison is a Correctional Officer of Core Civic," who was and still is under contract with The State of Ohio Department of Rehabilitation And Correction," who at all times mentioned in this Complaint, held the rank of Correction Officer and assigned to Northeastern Ohio Correction Center.

7.) Defendat, Dragovich was the Deputy Warden, of Northeastern Ohio Correction Center," who is under contract with The State of Ohio Department of Rehabilitation And Correction," who at all times

( 3 )

Mentioned in this complaint, held the rank of chief of security for all the officers and inmates in Northeast Ohio Correctional Center.

8.) Defendant, Core Civic, Inc. is the company in which named defendants were/are employed and, "who is under contract with The State of Ohio Department of Rehabilitation And Correction," who at all times mentioned is ~~xxxx~~ liable legally for the safty and security for all the officers and inmates in Northeastern Ohio Correctional Center.

9.) Each defendant is sued individually and in his individual and official capacity. At all times mentioned in this complaint each defendant acted under the color of law.

<u>III. FACTS</u>

10.) On February 6, 2022 between the time of 4:15 p.m. And 5:30 p.m. Plaintiff Christopher Meadows was working in NEOCC kitchen as a inmate kitchen food service worker for Trity Food Service Inc.

10.) On February 6, 2022 between the time of 4:15 p.m. and 5:30 p.m. Plaintiff Christopher Meadows was order by Correction officer Ms. Wright to delivery Alfa and Bravo lunch trays to the USM/Fedaral side gate,

(4)

"due to no state inmate's being allowed on the federal/ "usm" side"... So Plaintiff Mr. Christopher Meadows did as directed by officer Ms. Wright and pushed the Alfa and Brao Lunch trays to the "usm"/Federal side crash gates.

Please Read Attached Exhibit's A#1;2#

12.) On february 6, 2022 between the times of 4:15 p.m. And 5:30 p.m. Officer Dennison escourted "usm"/ Federal inmate Woodward to the Alfa wing ice machine where he left inmate Woodward per inmate request in Alfa wing's ice machine and returned back to the block he was working that day.

Please Read Attached Exhibit's A#1;2

13.) On February 6, 2022 between the time's of 4:15 p.m. And 5:30 p.m. while u.s.m/federal inmate Woodward was in Alfa wing ice machine Officer Sheldon opened the usm/Federal side ~~leading to~~ crash gates leading to Alfa wing but never closed them back.

(5)

14.) On February 6, 2022 between the times of 4:15 p.m. And 5:30 p.m. As Plaintiff Mr. Christopher Meadows was pushing the Alfa wing food tray to Alfa wing crash gates he noticed that the crash gates leading to Alfa wing were open and no officers were in the Alfa wing hallway. At that time Plaintiff continued to Alfa wing crash gates where he usually leave Alfa wings food cart.

15.) On February 6, 2022 between the times of 4:15 p.m. And 5:30 p.m. As the Plaintiff Mr. Christopher Meadows was leaving and begin to turn back towards the way he had come he noticed anther inmate dressed in a U.S.M./Federal inmate clothing. At that time the Plaintiff begin to back away from U.S.m/Federal Inmate Woodward (inwhich U.S.m/Federal inmate woodward rushed the Plaintiff and begin punching him in the face several times body slammed Plaintiff to the floor and then begin to knee him and punch him in his ribs and face until the officers pulled U.S.M./Federal inmate woodward off of him.

(6)

16.) On February 6, 2022 between the times of 4:15 p.m. And 6:00 p.m. After the Plaintiff was separated from U.S.M./Federal inmate Woodward he was tabe to NEOCC state side inmate hospital where he complained of having pain in his face, Ribs, neck, shoulder, hand And head.

17.) On February 6, 2022 between the time of 4:15 p.m. And 6:30 p.m. the Plaintiff was escorted from NEOCC state inmate hospital to "zulu" NEOCC TPU/seg.

18.) On February 6, 2022 between the time of 6:00 p.m And 7:30 p.m while the plaintiff was sitting in NEOCC TPU/seg. "zulu" strip cage Sgt. Cleary informed the Plaintiff of him reviewing the DVR footage claiming he saw U.S.M./Federal inmate Woodward hiding in the ice machine room peaking he's head out waiting on Plaintiff to show up! Sgt. Cleary informed Plaintiff of his thoughts of it looking like Plaintiff was setup.

(7)

19.) From February 6, 2022 to February 10, 2022 the Plaintiff Mr. Christopher Meadows was held in "Zulu" Block / TPU without a conduct report.

20.) On February 10, 2022 the Plaintiff went to N.E.O.C.C. inmate hospital due to coughing up specks of blood and having excurciating pain in his stomach from the attack on him on February 6, 2022.

21.) On February 10, 2022 when the Plaintiff Mr. Christopher Meadows was released from NEOCC TPU/Seg "Zulu" Block his property was missing conair trimmers, Access food box, Rollins speaker, commissary, hygiene, Nike shoes, Timberland Boots.
                    PLEASE READ EXHIBITS B 1 thru 4

22.) Since the February 6, 2022 attack Plaintiff Mr. Christopher Meadows has had to have ongoing physical and mental therapy and now takes mental health medication due to the attack on him.

(8)

23.) On February 12, 2022 between time of 11:15 A.M. And 12:30 p.m., Plaintiff Mr. Christopher Meadows was let out of his cell Located in D-1. Officer Denison told the Plaintiff he was the officer who let U.S.M./Federal inmate Woodward out of his block to go get ice that day. The Plaintiff And officer Denison begin to Argue after Plaintiff told officer Denison inmate Woodward was hinding in the Federal side Ice Machine wating for me to come to the gate. Officer Denison stated "You should have not killed his brother.."

PLEASE READ EXHIBIT C-4 & 5

## I V.  EXHAUSTION OF LEGAL REMEDIES

24.) Plaintiff Mr. Christopher Meadows did use the prisoner grievance procedure Available At "NEOCC" Northeast Ohio Correctional Center to try and solve the problem. On February 21, 2022 At 10:46 A.M. Plaintiff filed A Informal Complaint # NEOCC-0222000515 "Grievance", Plaintiff Mr. Christopher Meadows presented the facts relating to this complaint. On February 28, 2022 Plaintiff checked the Jpay machine for response to his

(9)

I.C.R./ Grievance #. wrote "Closed incarcerated individual form. On March 1, 2022 At 9:59 A.m. Plaintiff Mr. Christopher Meadows file V.I.A. the Jpay Machine one Grievance/ "N.O.G" Notice of Grievance # Neocc0222000515 stating the facts of this grievance. On March 15, 2022 Plaintiff checked the Jpay Machine for A response instead the system wrote "Closed incarcerated individual form. Therefore on March 16, 2022 Plaintiff at 8:13 A.m. filed one Appeal V.I.A. Jpay Machine Gievance/ Appeal # Neocc0222000515. On March 24, 2022 Plaintiff Mr. Christopher Meadows received a response from A Suzanne Evans. PLEASE READ Exhibit A-1.

25.) On April 10, 2022 At 10:47 A.m. Plaintiff file A Kite/ I.C.R. # Neocc0222000515 informing Neocc there has been no disposition of his grievance # Neocc0222000515. On May 12, 2022 system wrote: Closed incarcerated individual form. Then on May 20, 2022 At 7:51 A.m Walter Davis GRANTED Grievance # Neocc0222000515.
PLEASE READ EXHIBIT A-1 & 2

(10)

V. _____ LEGAL CLAIMS

*26) Plaintiff Mr. Christopher Meadows reallege and incorporate by reference paragraphs 1-25

27.) Defendant Core Civic's failure to adequately train it's staff contributed to his injuries at the hand of U.S.M Inmate Woodward. Defendant Core Civic action violated and continues to violate Plaintiff's Christopher Meadows rights under the Eighth Amendment to the United States Constitution, and is causing Plaintiff Christopher Meadows, pain, suffering, physical injury and emotional distress.

28.) Defendant Neocc Warden - David Bobby failure to adequately train it's staff contributed to his injuries at the hand of U.S.M Inmate Woodward. Defendant Neocc Warden - David Bobby and action violated and continues to violate Plaintiff Christopher Meadows rights under the Eighth Amendment to the United States Constitution, and is causing Plaintiff Christopher Meadows, pain, suffering

(11)

physical injury and emotional distress.

29.) Defendant Dragovich failure to adequately train it's staff contributed to his injuries at the hands of U.S.M. Inmate Woodward. Defendant Neocc Deputy Warden Dragovich action violated and continues to violate Plaintiff Christopher Meadows rights under the Eighth Amendment to the United States Constitution, and is causing Plaintiff Christopher Meadows, pain, suffering, physical injury and emotional distress.

30.) Defendant Neocc Officer Dennison acted with deliberate indifference to Plaintiff health and safetly by failing to escort U.S.M./Federal Inmate Woodward to and from his block violating Core Civic policy #506.05 and #107.01. Defendant Neocc Officer Dennison action violated and continues to violate Plaintiff Christopher Meadows rights under the Eighth and Fourteenth Amendment to the United States Constitution, and is causing Plaintiff Christopher Meadows, pain, suffering, physical injury and emotional distress.

(12)

31. Defendant Neocc officer Shelton acted with deliberate indifference to Plaintiff's health and safety by failing to secure and control Neocc AlfA wing crash gate's Allowing U.S.M./Federal Inmate Woodward to assault Plaintiff Christopher Meadows. Defendant Neocc officer Shelton's action violated and continues to violate Plaintiff Christopher Meadows rights under the Eignth and Fourteenth Amendment to the United States Constitution, And is causing Plaintiff Christopher Meadows, pain, suffering, physical injury And emotional distress.

32.) The Plaintiff Christopher Meadows has no plain, Adequate or complete remed. at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

(13)

## VI. PRAYER FOR RELIEF

32.) WHEREFORE, Plaintiff Christopher Meadows respectfully prays that this court enter judgment granting plaintiff:

33.) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

34.) A preliminary and permanent injunction ordering defendants Core Civic to order NEOCC Warden David Bobby to have a officer ~~walking~~ posted at Alfa and Bravo Crashgates between U.S.M. and State side Hallways.

35.) Compensatory damages in the amount of $500,000.⁰⁰ against each defendant, jointly and severally.

36.) Punitive damages in the amount of $50,000⁰⁰ against officer's Dennison and Shelton

(14)

37.) Punitive damages in the amount of 25,000.00 against each defendants Core Civic, NEOCC warden David Bobby and NEOCC Deputy Warden Dragovich.

38.) A jury trial on all issues triable by jury

39.) Plaintiff's costs in this suit

40.) Any additional relief this court deems just, proper, and equitable.

Dated: 10/28/22

Respectfully submitted,

By: Mr. Christopher Meadows #630-279

Mr. Christopher Meadows #630-279
2240 Hubbard Rd.
Youngstown, Ohio 44505

(15)

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Northeast Ohio Correctional Center in Youngstown, Ohio 44505 on October 31, 2022

Respectfully Submitted,
By: Mr. Christopher Meadows #630, 299
Mr. Christopher Meadows #630, 299
NEOCC
2240 Hubbard Rd.
Youngstown, Ohio 44505

(16)