IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER C. MEADOWS, | ) | Case No. 4:22 CV 02050 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| CORE CIVIC, et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

*Pro se* plaintiff Christopher C. Meadows filed an application to commence suit without the prepayment of costs, fees, or security in the above-captioned case (Doc. No. 2).  The application is granted.

Pursuant to 28 U.S.C. § 1915(b), a filing fee in the amount of $350.00 is due. An initial payment in the amount of $30.35 is due and shall be deducted from Plaintiff's prisoner account and sent by the prison cashier's office to the Court in accordance with the instructions attached to this Order. After the initial partial fee is paid, the prison cashier's office shall continue to make deductions from Plaintiff's prisoner account in accordance with the instructions attached to this Order until the filing fee in the amount of $350.00 is paid.

The Clerk is instructed to issue a copy of this Order and attached instructions, which are incorporated herein, to the Plaintiff and the prison cashier's office. The Clerk is further directed to provide a copy of this Order to the Court's financial office.

**IT IS SO ORDERED**

Dated: February 8, 2023                    s/Amanda M. Knapp
                                           Amanda M. Knapp
                                           United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER C. MEADOWS, | ) | Case No. 4:22 CV 02050 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| CORE CIVIC, et al., | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

**STAPLE CHECK HERE**:

3

PL-2 (7/96) N.D. OHIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

**INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND
SUBSEQUENT INSTALLMENT PAYMENTS**

---

The prisoner shown as the plaintiff on the attached order has filed a civil action in forma pauperis in this court and owes the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial fee listed on the attached order, **IF ANY**, should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid.  A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.

> Following the payment of the initial partial fee, **IF ANY**, and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, (s)he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis status and these instructions.  **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

> **Clerk, U.S. District Court**

Checks are to be sent to:

> **Prisoner Accounts Receivable**
> **Carl B. Stokes U.S. Courthouse**
> **801 W. Superior Avenue**
> **Cleveland, Ohio 44113-1830**

4