PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER C. MEADOWS, | ) | |
| | ) | CASE NO.  4:22CV2050 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

Attorney Dennis G. Terez is hereby appointed, pursuant to LR 83.10, to represent *Pro Se*

Plaintiff Christopher C. Meadows in the above-entitled civil rights action alleging deliberate

indifference to an inmate's safety.

Inmate Christopher C. Meadows (#A630279 ) is a party to this action.  To minimize the

cost and time of counsel traveling to Youngstown, Ohio for an initial consultation, the Warden of

the Northeast Ohio Correctional Facility (NEOCC) shall make said inmate available via

telephone for a secure conference call with counsel to discuss the case.

Upon receipt of this order, the Warden of NEOCC or his designee shall contact Attorney

Terez (216-256-4059) to arrange the secure conference call for counsel with Inmate Christopher

C. Meadows as soon as possible.

A copy of the foregoing Order was filed electronically this 24th day of May, 2023.

Notice of this filing will be sent to Timothy J. Bojanowski, Esq. by operation of the Court's

electronic filing system.  A copy of this Order has also been sent by regular mail this 24th day of

(4:22CV2050)

May, 2023 to Christopher C. Meadows, #A630279, Northeast Ohio Correctional Center, 2240

Hubbard Rd, Youngstown, OH 44505; and, Warden Doug Fender, Northeast Ohio Correctional

Center, 2240 Hubbard Rd, Youngstown, OH 44505.


     IT IS SO ORDERED.


  May 24, 2023                       */s/ Benita Y. Pearson*
Date                               Benita Y. Pearson
                                     United States District Judge