PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER C. MEADOWS, | ) | |
| | ) | CASE NO.  4:22CV2050 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 21] |

Pending is the parties' latest Joint Motion to Continue Case Management Conference ("CMC") (ECF No. 21).  The parties move the Court to again reset the CMC, this time to "no less than 60 days from the current date" because of "the parties' ongoing efforts to settle this case."  For good cause shown, the motion is granted in part.  The CMC previously set for January 15, 2024 is cancelled.  The CMC is reset to February 5, 2024, at 1:30 p.m. EST before the undersigned.  Counsel for Plaintiff shall set up the conference call and contact Chambers directly at (330) 884-7435, with all participants on the line.  The Court requires personal participation of parties at the CMC, even when the conference is telephonic.


IT IS SO ORDERED.


__January 12, 2024__                  _/s/ Benita Y. Pearson_
Date                                            Benita Y. Pearson
                                                    United States District Judge