PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER C. MEADOWS, | ) |
| | )    CASE NO.  4:22CV2050 |
| Plaintiff, | ) |
| | ) |
| v. | )    JUDGE BENITA Y. PEARSON |
| | ) |
| CORECIVIC, *et al.*, | ) |
| | ) |
| Defendants. | )    **ORDER OF DISMISSAL** |

On January 30, 2024, the Court was informed by Dennis G. Terez, counsel for Plaintiff, that the parties have reached a settlement in this case.  Therefore, the docket shall be marked "dismissed without prejudice."

On or before March 15, 2024, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

The Telephonic Case Management Conference reset for February 5, 2024 is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
| January 30, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |