Approved.
/s/ *Benita Y. Pearson* on 4/9/2024
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER C. MEADOWS, | Civil Action No. 4:22-cv-02050-BYP |
| Plaintiff, | |
| v. | |
| CORECIVIC, et al., | **STIPULATED NOTICE OF DISMISSAL** |
| Defendants. | **WITH PREJUDICE** |

The Plaintiff, Christopher C. Meadows ("Plaintiff"), and Defendants CoreCivic, Inc,

Corrections Officer Dennison, Deputy Warden Dragovich, Corrections Officer Shelton and

Warden David Bobby ("Defendants"), through undersigned counsel, hereby stipulate under

Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all

claims, causes of action and parties, with each party bearing that party's own attorney's fees and

costs.

RESPECTFULLY SUBMITTED this 8th day of April, 2024.

By: */s/* Dennis G. Terez *(with permission)*
   Dennis G. Terez (0030065)
   P.O. Box 22128
   Beachwood, OH  44122
   Telephone:  (216) 256-4059
   njcdgt@yahoo.com
   dgt7@case.edu

   *Attorney for Plaintiff*

By:/s/ Timothy J. Bojanowski
   Timothy J. Bojanowski  (0016162)
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
   Chandler, AZ  85226
   Telephone:  (480) 420-1600
   Facsimile:   (480) 420-1695
   tbojanowski@strucklove.com

   *Attorney for Defendants CoreCivic, Inc.,*
   *Warden David Bobby, Dennison, Dragovich,*
   *and Shelton*